IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00023-PAB-BNB

FRANK TRPISOVSKY, Derivatively on Behalf of ASPENBIO PHARMA, INC.,

Plaintiff,

v.

GREGORY S. PUSEY,
JEFFREY G. MCGONEGAL,
MARK COLGIN,
DOUGLAS I. HEPLER,
GAIL S. SCHOETTLER,
DARYL J. FAULKNER,
DAIVD E. WELCH,
MICHAEL R. MERSON,
MARK J. RATAIN,
JOHN H. LANDON,
STEPHEN T. LUNDY,
RICHARD G. DONNELLY, and
ROBERT F. CASPARI,

Defendants,

and

ASPENBIO PHARMA, INC., a Colorado corporation,

Nominal Defendant.

---

## ORDER

---

This matter arises on **Defendants' Motion to Stay Pending Resolution of Related Securities Actions** [Doc. # 25, filed 2/16/2011] (the "Motion to Stay").  I held a hearing on the Motion to Stay this afternoon and made rulings on the record, which are incorporated here.

For the reasons stated on the record, IT IS ORDERED:

(1)     The Motion to Stay [Doc. # 25] is GRANTED;

(2)     The scheduling conference set for March 29, 2011, at 2:30 p.m., and the deadlines

established in my Order [Doc. # 3, filed 1/21/2011] are VACATED; and

(3)     At the earlier of the filing of an answer or a ruling on any motion to dismiss in

either Case No. 11-cv-00163-REB-KMT (the "Chipman Action") or 11-cv-00165-REB-KMT

(the "Class Action"), the parties shall file status reports addressing the status of those cases and

the propriety of lifting or continuing the stay.

Dated March 15, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge